```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __11/17/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA SANCHEZ,

        Plaintiff,

-against-

FRANK BISIGNANO, Commissioner of Social Security,

        Defendant.

25 Civ. 9317 (AT)

ORDER GRANTING IFP APPLICATION

ANALISA TORRES, United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: November 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge